**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Business Enterprise Mapping, Inc., | ) | No. CV-07-2567-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Deltapoint Consulting, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the parties' Stipulation to Dismiss With Prejudice (Dkt. 17), and good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice, each party to bear its own costs and attorney's fees incurred herein.

DATED this 27th day of May, 2008.

Stephen M. McNamee
United States District Judge